# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JASON WEINMAN, *et al.*,

    Plaintiffs,

v.

MIDBAR CONDO DEVELOPMENT, L.P., *et al.*,

    Defendants.

Case No. 2:08-CV-00684-KJD-GWF

**ORDER**

    Presently before the Court is Plaintiffs' Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41 (#83). The Notice states that pursuant to Federal Rule of Civil Procedure ("the Rules") 41(a), the class claims brought on behalf of the putative class are dismissed without prejudice, and the claims of the named Plaintiffs are dismissed with prejudice. Since an Answer (#60) has been filed in this action, the action may be dismissed at Plaintiff's request only by court order. Though the time for doing so has passed, no opposition has been filed to Plaintiffs' Notice of Voluntary Dismissal. Accordingly, the Court dismisses the claims in accordance with Plaintiff's Notice. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

    DATED this 28th day of October 2010.

Kent J. Dawson
United States District Judge